# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STATE OF ARKANSAS EX REL, MIKE**
**BEEBE, ATTORNEY GENERAL**                                                          **PLAINTIFF**

**VS.**                              **CASE NO. 4:06CV0001623 JMM**

**BERKSHIRE GETAWAYS, ET AL**                                                        **DEFENDANT**

## ORDER

On April 23, 2007, the Court granted a Motion to Extend Time to File Rule 26 Initial Disclosures and set a deadline of May 4, 2007. As of this date, the parties have not filed their Rule 16 initial disclosures.

The parties are directed to filed their Rule 26 Initial Disclosures on, or before, October 1, 2007.

IT IS SO ORDERED THIS   10   day of   September  , 2007.

_____
James M. Moody
United States District Judge