# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**STATE OF ARKANSAS, EX REL,**
**DUSTIN MCDANIEL, ATTORNEY GENERAL**                                    **PLAINTIFF**

**VS.**              **CASE NO.  4:06CV0001623**

**BIRKSHIRE GETAWAYS, ET AL**                                            **DEFENDANT**

## ORDER

Based upon the Consent Judgment filed on January 23, 2008, the Clerk of the Court is directed to close the case and dismiss all pending motions as moot.

IT IS SO ORDERED THIS   24   day of   January  , 2008.

_____
James M. Moody
United States District Judge